Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

| | FILED | | LODGED |
|---|---|---|---|
| | RECEIVED | | COPY |

NOV 0 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District **ARIZONA**

_____ Division

RENATO TREJO MUÑOZ
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

HENRY HERRINGTON BEAM JR.
AND
ACCOMPLICES
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

Case No.  **CV-18-03778-PHX-ROS--MHB**
*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  _____
*(Rule Number Section)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _RENATO TREJO MUNOZ_

All other names by which
you have been known:

ID Number _097904694_

Current Institution _OTAY MESA DETENTION CENTER_

Address _92143 - 9049_

_SAN DIEGO_          _CA_      _92143-9049_
City                    State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _HENRY HARRINGTON BEAM JR_

Job or Title *(if known)* _ATTORNEY_

Shield Number _HTTPS//WWW.AVVO.COM/ATTORNEYS_

Employer _/85281-AZ-HENRY-BEAM-4180051-HTML_

Address _60 E.RIO SALADO PKWY, SUITE 900_

_TEMPE_          _AZ_     _85281_
City                    State        Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name _JOE ARPAIO_

Job or Title *(if known)* _SHERIFF_

Shield Number _UNKNOW_

Employer

Address _MARICOPA COUNTY_

_PHOENIX_          _AZ_
City                    State        Zip Code

☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | UNKNOW |
| Job or Title *(if known)* | JUDGE |
| Shield Number | UNKNOW |
| Employer | COURT HOUSE |
| Address | MARICOPA   COUNTY |
| | PHOENIX        AZ |
| | City          State          Zip Code |

☐ Individual capacity   ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | UNKNOW |
| Job or Title *(if known)* | PROSECUTOR |
| Shield Number | UNKNW |
| Employer | COURTHOUSE |
| Address | MARICOPA   COUNTY |
| | PHOENIX        AZ |
| | City          State          Zip Code |

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ERDLY HERRINGTON BEAM JR PROTECT SHERIFF JOE ARPAIU FIRST DEGRE HOMICADE OR HIDE EVIDENCE DENIED OPPORTUNITY TO BE HEARD ON TRIAL

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? (1) (2) (3) (4) (5) (6) (7) (8) (9) (10) (11) (12) (13) (14) (15) (16) (17) (18) (19) (20) (21) (22) (23) (24) (25) (26) (27) (28) (29) (30)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

DENIED ME OF THE OPPORTUNITY TO BE
HEARD MY CLAIMS AGAINST SHERIFF JOC ARPATO

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☑    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

MARICOPA COUNTY- 03-21-2012 - 04-15-2012
TO - 10-16-2013

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

03-21-2012 - 04-15-2012 - 10-16-2012

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

N/A

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

HENRY HERRINGTON BEAM JR - SHERIFF
JOE ARPAIO PROSECUTER AND JUDGE
WITNESS OR PEOPLE ON TRIAL ON THE
03-21-2012 - 04-15-2012 -10-16-2013

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

03-21-2012 - SHERIFF JOE ARPAIO AND ACCOMPLICES
INJECTING ME WITH TRUTH SERUM IN THE LEFT
SIDE OF MY NECK WITH OUT RIGHTS AND ORDER MY
SPORTATION TO COVER CRIMES AND IMMUNITY

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ALL DISCOVERY AND FULL DISCLOSERY ABOUT THE
TRUST DAY 03-21-2012 - 04-15-2012 - 10-16-2013
VIDEO AND AUDIO FROM POLICE UNITS RECOVER FROM
BLACK BOX AT POLICE UNITS  VIDEO AND AUDIO FROM
TRIAL FULL NAME OF PEOPLE WHO PARTICIPATE
FOR REPAIR A PROBLEM O CURE I CLAIM FOR THE
AMOUNT $70,000,000,000,000,000
SEVENTIETH TRILLION DOLLAR

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

N/A

2.   What did you claim in your grievance?

N/A

3.   What was the result, if any?

N/A

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*N/A*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) RENATO TREJO MUÑOZ

Defendant(s) SHERIFF "JOE ARPAIO ACCOMPLICES

2. Court *(if federal court, name the district; if state court, name the county and State)*

DISTRICT OF COLUMBIA WASHINGTON DC

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

PENDING

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

YES

1

0979046 94

FOR THE SUPPORTING FACTS
PLAINTIFF                    10-15-2018
RENATO TRESCOMOREZ

FOR THE v SUPPORTING FACTS
DEFENDANTS
I CLAIM AGAINST
HENRY HERRINGTON BEAM JR

ABOUT TWO CASES OR ARRESTS DAYS ON THE
03-21-2012 - 04-15-2012 END OF THE
TRIAL - 10-16-2018

MR HENRY HERRINGTON BEAM JR
ACTED WITH HIGH PREMEDITATION WITH
INTENTIONALLY DISCRIMINATION TO COVER
SHERIFF JOE ARPAIO - FIRST DEGREE HOMICIDE
POLICE BRUTALITY TORTURE ILLEGAL NOT
APPROVED FOR THE UNITED NATIONS THE
DIABOLIC EXPERIMENT "TRUTH SERUM" WITH
OUT PERMISION

MR HENRY HIDE GUIDENCE SURVEILLENCE
VIDEO AND AUDIO BLACK BOX FROM POLICE
UNITS - 03-21-2012 MARICOPA COUNTY AZ

VIDEO FROM PARKING LINE AT 19TH AVENUE
AND BETHANY HOME WALTMART STORE
03-21-2012 MARICOPA COUNTY AZ

VIDEO FROM TARGET STORE 19 TH AVENUE
AND BETHANY HOME MARICOPA CONTY AZ

VIDEO SURVEILLANCE FROM THE SHERIFFS
OFFICE OR DETENTION - 03-21-2012
MARICOPA COUNTY AZ

2   0979046914

FOR THE SUPPORTING FACTS

PLAINTIFF
RENATO FREDO MUNOZ

V

DEFENDANTS

MR HENRY HERRINGTON
HIDE MEDICAL RECORDS FROM BAPTIS HOSPITAL
19TH AVENUE AND BETHANY HOME   03-21-2012
MARICOPA COUNTY AZ

MR HENRY HERRINGTON
HIDE 911 PHONE CALL - 03-21-2012
MARICOPA COUNTY AZ

MR HENRY HERRINGTON — AGAIN HIDE MORE
EVIDENCE ON 04-15-2012

OR COOPERATE WITH SHERIFF JOE ARPAIO
FIRST DEGRE HOMICIDE ILLEGAL TORTURE
AND IMPUNITY

REFUSED TO GIVE TO THE JUDGE OR
COURTHOUSE ALL THE FULL DISCOVERY
FULL DISCLOSERY ARREST DAY 04-15-2018

911 PHONE CALL AND WITNESS - 04-15-2018

VIDEO AND AUDIO FROM BLACK BOX AT
POLICE UNITS - 04-15-2015

VIDEO SURVEILLENCE EVIDENCE FROM
THE PARKING LINE WHERE THE POLICE
COMMIT THE ARREST

3   0979046941
        FOR THE SUPPORTING FACTS

    PLAINTIFF
    RENATO TREJO-MUNOZ

MR HENRY HERRINGTON
HIDE EVIDENCE OR VIDEO AND AUDIO FROM
SHERIFFS OFFICE OR DETENTION ON THE
04-15-2012 - MARICOPA COUNTY AIZ

HIDE ALL THE MEDICAL RECORD WHEN THE
POLICE ARREST AND ACTED WITH HIGH POLICE
BRUTALITY OR TORTURE (03-21-2012)-(04-15-2012)

BECAUSE I WAS IN A HIGH RISK TO DIE
FROM THE INJURY IN THE LEFT SIDE ON
MY NECK THE RESULT OF THE INJECTION
FROM SHERIFF JOE ARPAIO ON 03-21-2012

THE POLICE BRUTALITY AND TORTURE
HAPPEN ON -04-15-2012

AGAIN ANOTHER SHERIFF BRUTALITY
AND TORTURE AT SHERIFFS OFFICE AND
DETENTION CENTER THE INCIDENT
HAPPEN ON 04-15-2012

MR HENRY HERRINGTON
INTENTIONALLY HIDE AND REFUSED ALL THE
VIDEO AND AUDIO FROM TRIAL
03-21-2012- 04-15-2012 -10-16-2013

AND COOPERATE WITH THE SHERIFF
JOE ARPAIO CRIMES

4

0474046494

FOR THE SUPPORTING   FACTS
PLAINTIFF
RENATO TREJO MUNOZ
V
DEFENDANTS
HENRY HERRINGTON

FOR REPAIR A PROBLEM OR CURE

I CLAIM FOR THE AMOUNT

70.000.000.000.000
SEVENTIETH TRILLION DOLLAR

BECAUSE I SUFFER EXTREME
CRUELTY TORTURE COMMIT BY
GOVERMENT FEDERAL AGENTS
UNITED STATES CITIZEN

AND MR HENRY HERRINGTON
COOPERATE WITH HIGH IMPUNITY

Arizona (/)   Home (/)   Find a lawyer (/find-a-lawyer)   Arizona (/all-lawyers/az.html)

**This attorney does not subscribe to Avvo advertising.**



**Henry Herrington Beam Jr**

60 E. Rio Salado Pkwy.
Suite 900
Tempe, AZ, 85281

Licensed for 9 years

**Avvo Rating: 10** ⓘ

**Practice areas**
Criminal defense, Personal injury

**Search active attorneys similar to Henry**
Search for highly-rated lawyers near you.

Find attorneys (/criminal-defense-lawyer/az/tempe.html)

**Ask a free question**
Post an anonymous question on our forum.

Ask a free question (/ask-a-lawyer)

## About Henry

Welcome to my profile for Beam Law, PLC and www.lawtruck.com. I decided to take a modern approach to legal services and do my work online, meet my clients where and when they need me to and drop my rates as much as 50%. We service misdemeanor and felony offenses, personal injury, wrongful death, and auto accidents. However, we are experienced in many areas of law from bankruptcy to divorce and encourage you to contact us with all your legal questions.

RULE 702. TESTIMONY BY EXPERTS

IF SCIENTIFIC, TECHNICAL, UNDERSTAND THE EVIDENCE OR TO DETERMINE A
FACT IN ISSUE, A WITNESS QUALIFIED AS AN EXPERT BY KNOWLEDGE, SKILL,
EXPERIENCE, TRAINING, OR EDUCATION, MAY TESTIFY THERETO IN THE FORM OF
AN OPINION OR OTHERWISE; IF

   (1) THE TESTIMONYY IS BASED UPON SUFFCIENT FACTS OR DATA

   (2)  THE TESTIMONY IS THE  PRODUCT OF RELIABLE PRINCIPLES AND
      METHODS, AND

   (3) THE WITNESS HAS APPLIED THE PRINCIPLES  AND  METHODS, RELIABLY TO
THE FACTS OF THE CASE.

ARTICLE VII: OPINIONS AND EXPERT TESTIMONY

RULE 701. OPINION
TESTIMONY  BY LAY WITNESSES


IF  THE  WITNESS  IS  NOT  TESTIFYING  AS  AN  EXPERT,  THE  WITNESS'  TESTIMONY
IN THE FORM  OF  OPINIONS  OR  INFERENCES  IS  LIMITED  TO  THOSE  OPINIONS  OR
INFERENCES  WHICH  ARE

(A) RATIONALLY  BASED  ON  THE  PERCEPTION  OF  THE  WITNESS,
(B) HELPFUL TO  A   CLEAR  UNDERSTANDING  OF  THE  WITNESS'  TESTIMONY  OR
TECHNICAL,  OR  OTHER SPECIALLIZED  KNOWLEDGE  WITHIN  THE  SCOPE  OF
 RULE
702.

RULE 614. CALLING AND INTERROGATION OF WITNESSES BY COURT

(A) CALLING BY COURT. THE COURT MAY, ON ITS OWN MOTION OR AT THE SUGGESTION OF PARTY, CALL WITNESSES, AND ALL PARTIES ARE ENTITLED TO CROSS-EXAMINE WITNESSES THUS CALLED.

(B) INTERROGATION BY COURT. THE COURT MAY INTERROGATE WITNESSES, WHETER CALLED BY ITSELF OR BY A PARTY.

© OBJECTIONS. OBJECTIONS TO THE CALLING OF WITNESSES BY THE COURT OR TO INTERROGATION BY IT MAY BE MADE AT THE TIME OR AT THE NEXT AVALIABLE OPPORTUNITY WHEN THE JURY IS NOT PRESENT.

RULE 612. WRIGTING USED TO REFRESH MEMORY

EXCEPT AS OTHERWISE PROVIDED IN CRIMINAL PROCEEDINGS  BY SECTION  3500 OF
TITLE 18, UNITED STATES CODE, IF A WITNESS USES A WRITIG TO  REFRESH MEMORY
FOR THE PURPOSE OF TESTIFYING,EITHER-

    (1) WHILE TESTIFYING, OR

    (2) BEFORE TESTIFYING, IF THE COURT IN ITS DISCRETION DETERMINES IT IS
        NECESSARY IN THE INTERESTS OF JUSTICE

RULE 608. EVIDENCE OF CHARACTER AND CONDUCT OF WITNESS

(A) OPINION AND REPUTATION EVIDENCE OF CHARACTER. THE CREDIBILITY OF A WITNESSS MAY BE ATTACKED OR SUPPORTED BY EVIDENCE IN THE FORM OF OPINION OR REPUTATION, BUT SUBJECT TO THESE LIMITATIONS:

   (1) THE EVIDENCE MAY REFER ONLY TO CHARACTER FOR TRUTHFULNES, OR OR UNTRUHFULNESS, AND

   (2) EVIDENCE OF TRUTHFUL CHARACTER IS ADMISSIBLE ONLY AFTER THE CHARACTER OF THE WITNESS FOR TRUTHFULNESS HAS BEEN ATTACKED BY OPINION OR REPUTATION EVIDENCE OR OTHERWISE.

(B) SPECIFIC INSTANCES OF CONDUCT. SPECIFIC INSTANCES OF THE CONDUCT OF A WITNESS, FOR TRUTHFULNESS OTHER THAN CONVIVTION OF CRIME AS PROVIDED IN THE RULE 609, MAY NOT BE PROVED BY EXTRINSIC EVIDENCE. THEY MAY, HOWEVER, IN THE DISCRETION OF THE COURT, IF PROBATIVE OF TRUTHFULNESS OR UNTRUTHFULNESS, BE INQUIRED INTO ON CROSS-EXAMINATION OF THE WITNESS
   (1) CONCERNING THE WITNESS' CHARACTER FOR TRUTHFULNESS OR UNTRUTHFULNESS, OR
   (2) CONCERNING THE CHARACTER FOR TRUTHFULNESS OR UNTRUTHFULNESS OF ANOTHER WITNESS AS TO WHICH CHARACTER THE WITNESS BEING CROSS-EXAMINED HAS TESTIFIED.


THE GIVING OF TESTIMONY, WHETHER BY AN ACCUSED OR BY ANY OTHER WITNESS, DOES NOT OPERATE AS WAIVER OF THE ACCUSED'S OR THE WITNESS' PRIVILEGE AGAINST SELF-INCRIMNATION WHEN EXAMINED WITH RESPECT TO MATERS THAT RELEATE ONLY TO CHARACTER FOR TRUTHFULNESS.

rule 605 competency of Judge as a witness the judge presiding at the trial may not testify in trial as a witness. no objection need be made in order to preserve the point. rule

RULE 606. COMPETENCY OF OF JUROR AS WITNESS

(A) AT THE TRIAL. A MEMBER OF THE JURY MAY NOT TESTIFY AS A WITNESS BEFORE THAT JURY IN THE TRIAL OF THE CASE IN WHICH THE JUROR IS SITTING. IF THE JUROR IS CALLED SO TO TESTIFY, THE OPPOSING PARTY SHALL BE AFFORDED AN OPPORTUNITY TO OBJECT OUT OF THE PRESENCE OF THE JURY.

(B) INQUIRY INTO VALIDITY OF VERDICT OR INDICMENT. UPON AN INQUIRY INTO THE VALIDITY OF A VERDICT OR INDICMENT, A JUROR MAY NOT TESTIFY AS TO ANY MATTER OR STATEMENT OCCURRING DURING THE COURSE OF THE JURY"S DELIBERATIONS OR THE EFFECT OF ANYTHINGUPON THAT OR ANY OTHER JUROR'S MIND OR EMOTIONS AS INFLUENCING THE JUROR TO ASSENT TO OR DISSENT FROM THE VERDIC OR INDICMENT OR CONCERNING THE JUROR'S MENTAL PROCESSES IN CONNECTION THEREWITH. BUT A JUROR MAY TESTIFY ABOUT.

(1) WHETHER EXTRANEOUS PREJUDICIAL INFORMATION WAS IMPROPERLY BROUGHT TO THE JURY,S ATTENTION,

(2) WHETHER ANY OUTSIDE INFLUENCE WAS IMPROPERLY BROUGHT TO BEAR UPON ANY JUROR, OR

(3) WHETHER THERE WAS A MISTAKE IN ENTERING THE VERDICT FORM. A JUROR'S AFFIDAVIT OR EVIDENCE OF ANY STATEMENT BY THE JUROR MAY NOT BE RECEIVED ON A MATTER ABOUT WHICH THE JUROR WOULD PRECUDED FROM TESTIFYING.

RULE 607. WHO MAY IMPEACH

THE CREDIBILITY OF A WITNESS MAY BE ATTACKED BY ANY PARTY, INCLUDING THE PARTY CALLING THE WITNESS.

ARTIUCLE  VI.   WITNESSES
RULE 601. GENERAL RULE OF COMPETENCY
EVERY PERSON IS
 COMPETENT TO BE A WITNESS EXEPT AS OTHER  WISE PROVIDED IN THESE RULES.
HOWEVER, IN CIVIL ACTIONS AND PROCEEDINGS, WITH RESPECT TO AN ELEMENT OF A
CLAIM OR DEFENCE AS TO WHICH STATE LAW SUPPLIES THE  RULE OF DECISION, THE
COMPETENCY OF A WITNESS SHALL BE DETERMINED IN ACCORDANCE WITH STATE
LAW.

RULE 406. HABIT; ROUTINE PRACTICE

EVIDENCE OF THE HABIT OF A PERSON OR THE ROUTINE PRACTICE OF AN ORGANIZATION, WHETER CORROBORATED OR NOT AND REGARDLESS OR THE PRESENCE OF EYE WITNESSES, IS RELEVANT TO PROVE THAT THE CONDUCT OF THE PERSON OR ORGANIZATIONON A PARTICULAR OCCASION WAS CONFORMITY WITH THE HABIT OR ROUTINE PRACTICE.

15

## RULE 405. METHODS OF PROVING CHARACTER

(A) REPUTATION OR OPINION. IN ALL CASES IS IN WHICH EVIDENCE OF CHARACTER OR A TRAIT OF CHARACTER OF A PERSON IS ADMISSIBLE, PROOF MAY BE MADE BY TESTIMONY AS TO REPUTATION OR BYTESTIMONY IN THE FORM OF AN OPINION. ON CROSS-EXAMINATION INQUIRY IS ALLOWABLE INTO RELEVANT SPECIFIC INSTANCES OF CONDUCT.


(B) SPECIFIC INSTANCES OF CONDUCT. IN CASES IN WHICH CHARACTER OR TRAIT OF CHARACTER OF A PERSON IS AN ESSENTIAL ELEMENT OF A CHARGE, CLAIM,OR DEFENSE, PROOF MAY ALSO BE MADE OF SPESIFIC INSTANCES OF THAT PERSON'S CONDUCT.

ARTICLE   IV. RELEVANCY AND ITS LIMITS

RULE 401. "RELEVANT EVIDENCE" MEANS EVIDENCE HAVING ANY TENDENCY TO MAKE THE EXISTENCY OF ANY FACT THAT IS OF CONSECUENCE TO THE DETERMINATION OF THE ACTION MORE PROBABLE OR LESS PROBLABLE THAN IT WOULD BE WITHOUT THE EVIDENCE.

RULE 402. RELEVANT EVIDENCE GENERALLY ADMISIBLE; IRRELEVANT EVIDENCE INADMISSIBLE

ALL RELEVANT EVIDENCE IS ADMISSIBLE, EXCEPT AS PROVIDED BY THE CONSTITUTION OF THE CONSTITUTION OF THE UNAITED STATES, BY ACT OF CONGRESS, BY THESE RULES, OR BY BY OTHER PRESCRIBED BY THE SUPREME COURT PURSUANT PURSUANT TO STATUTORY AUTORITY. EVIDENCE WHICH IS NOT RELEVANT IS NOT ADMISSIBLE.

RULE 403. EXCLUSION OF RELEVANT EVIDENCE ON GROUNDS OF PREJUDICE, CONFUSION, OR WASTE OF TIME

ALTHOUGH RELEVANT, EVIDENCE MAY BE EXCLUDED IF ITS PROVATIVE VALUE IS SUBSTANTIALLY OUTWEIGHED BY THE DANGER OF UNFAIR PREJUDICE, CONFUCION OF THE ISSUES, OR MISLEADING THE JURY, OR BY CONSIDERATIONS OF UNDUE DELAY, WASTE OF TIME, NEEDLESS PRESENTATION OF CUMULATIVE EVIDENCE.

## THE UNIVERSAL DECLARATION OF HUMAN RIGHTS

On December 10, 1948, the General Assembly of the United Nations adopted and proclaimed the Universal Declaration of Human Rights, the full text of which appears in the following pages. Following this historic act the Assembly called upon all Member countries to publicize the text of the Declaration and ₸ to cause it to be disseminated, displayed, read and expounded principally in schools and other educational institutions, without distinction based on the political status of countries or territories.†

PREAMBLE

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for an observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore, THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

Article 1. [articles not titled in original source]

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

Article 2. [articles not titled in original source]

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

Article 3. [articles not titled in original source]

Everyone has the right to life, liberty and security of person.

Article 4. [articles not titled in original source]

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

Article 5. [articles not titled in original source]

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

Article 6. [articles not titled in original source]

Everyone has the right to recognition everywhere as a person before the law.

Article 7. [articles not titled in original source]

All are equal before the law and are entitled without any discrimination to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

Article 8. [articles not titled in original source]

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

Article 9. [articles not titled in original source]

No one shall be subjected to arbitrary arrest, detention or exile.

Article 10. [articles not titled in original source]

Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

Article 11. [articles not titled in original source]

(1) Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.

(2) No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

Article 12. [articles not titled in original source]

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

Article 13. [articles not titled in original source]

(1) Everyone has the right to freedom of movement and residence within the borders of each state.

(2) Everyone has the right to leave any country, including his own, and to return to his country.

Article 14. [articles not titled in original source]

(1) Everyone has the right to seek and to enjoy in other countries asylum from persecution.

(2) This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

Article 15. [articles not titled in original source]

(1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

Article 16. [articles not titled in original source]

(1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

51

(2) Marriage shall be entered into only with the free and full consent of the intending spouses.

(3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

Article 17. [articles not titled in original source]

(1) Everyone has the right to own property alone as well as in association with others.

(2) No one shall be arbitrarily deprived of his property.

Article 18. [articles not titled in original source]

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

Article 19. [articles not titled in original source]

Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

Article 20. [articles not titled in original source]

(1) Everyone has the right to freedom of peaceful assembly and association.

(2) No one may be compelled to belong to an association.

Article 21. [articles not titled in original source]

(1) Everyone has the right to take part in the government of his country, directly or through freely

chosen representatives.

(2) Everyone has the right of equal access to public service in his country.

(3) The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

Article 22. [articles not titled in original source]

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

Article 23. [articles not titled in original source]

(1) Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

(2) Everyone, without any discrimination, has the right to equal pay for equal work.

(3) Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.

(4) Everyone has the right to form and to join trade unions for the protection of his interests.

Article 24. [articles not titled in original source]

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

53

Article 25. [articles not titled in original source]

(1) Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

(2) Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

Article 26. [articles not titled in original source]

(1) Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

(2) Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

(3) Parents have a prior right to choose the kind of education that shall be given to their children.

Article 27. [articles not titled in original source]

(1) Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

(2) Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

Article 28. [articles not titled in original source]

54

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

Article 29. [articles not titled in original source]

(1) Everyone has duties to the community in which alone the free and full development of his personality is possible.

(2) In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

(3) These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

Article 30. [articles not titled in original source]

Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**IX.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10-15-2018

Signature of Plaintiff

Printed Name of Plaintiff   RENATO TRESO MUNOZ

Prison Identification #   097904694

Prison Address   OTAY MESA DETENTION CENTER-CCA
SAN DIEGO          CA    92143
   City                     State      Zip Code

**B.    For Attorneys**

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
   _____
   City                     State      Zip Code

Telephone Number   _____

E-mail Address   _____